FILED

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

2008 DEC 22  AM 10: 38

CLERK, US. DISTRICT COURT
OCALA, FLORIDA

**UNITED STATES OF AMERICA**

-vs-

**Case Number: 5:94-cr-22-Oc-10GRJ**

**FREDDIE BARNARD LAWRENCE**

**USM Number: 16985-018**

David Wilson, CJA
201 SW Second Street, Suite 101
Ocala, Florida 34474

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release

The defendant admitted guilt to violation charge numbers  2, 3, and 4 of the term of supervision.  The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Failure to submit written monthly reports in violation of Condition 2 of the Standard Conditions of Supervision | November 5, 2008 |
| 3 | Failure to notify probation office within 72 hours of any change in residence in violation of Condition 6 of the Standard Conditions of Supervision | February 5, 2000 |
| 4 | Admission to drug usage, marijuana, in violation of Condition 7 of the Standard Conditions of Supervision | November 7, 2008 |

The defendant is sentenced as provided in the following pages of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Violation number 1 dismissed on motion of Government.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: December 18, 2008

John Antoon, II, United States District Judge

December __, 2008

FREDDIE BARNARD LAWRENCE
5:94-cr-22-Oc-10GRJ

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **8 Months with no additional term of supervised release imposed**.

The Court recommends to the Bureau of Prisons:

That defendant be designated for commitment of service to an institution in Florida or southern Georgia.

The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal